COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-09-403-CV

 

IN
RE JODIE WADE                                                                 RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied because relator=s trial is currently scheduled
to take place within sixty days of the filing of this petition.[2]  Accordingly, relator=s
petition for writ of mandamus is denied as moot.

 

 

LEE ANN DAUPHINOT

JUSTICE

 

PANEL:  DAUPHINOT, GARDNER, and
MCCOY, JJ.

 

MCCOY, J. would request a response.

 

DELIVERED:  November 18, 2009











     [1]See
Tex. R. App. P. 47.4.





     [2]The
trial court has informed this court that relator=s trial is scheduled to
take place on January 4, 2010.